UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| IN RE: HYMES, JOSEPH<br>HYMES, LAETITIA<br>  Debtor(s) | CASE NO. 07-22242 JPK |

**NOTICE OF DEPOSIT OF LESS THAN $5.00 TO THE UNITED STATES BANKRUPTCY COURT CLERK'S REGISTRY CHECKING ACCOUNT**

TO: THE HONORABLE  J PHILLIP KLINGEBERGER:

Comes now Stacia L. Yoon, Trustee, and states as follows:

1. I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

2. Pursuant to FRBP 3011, the following creditors listed on the attached Exhibit A are entitled to distribution of less than $5.00 each.

3. Pursuant to FRBP 3010, the distributions shown in Paragraph 2 herein are to be treated in the same manner as unclaimed funds, as provided for in 11 U.S.C. §347.

4. Trustee now tenders these sum(s) to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.


DATED:       July 27, 2010            By: /s/ Stacia L. Yoon
                                       STACIA L. YOON, TRUSTEE #16933-53
                                       Genetos Retson & Yoon LLP
                                       8585 Broadway, Suite 480
                                       Merrillville, IN 46410
                                       Telephone: (219) 755-0401
                                       bankruptcy@grymlaw.com


**DISTRIBUTION:**
Electronically:
U.S. Trustee, ustpregion10.so.ecf@usdoj.gov
Hamilton L. Carmouche, hlcarmouche@aol.com
Regular Mail:
HYMES, JOSEPH, 2241 GARFIELD STREET, GARY, IN 46404
HYMES, LAETITIA, 2241 GARFIELD STREET, GARY, IN 46404

Printed: 07/26/10 10:20 AM

# Claims Distribution Small Checks

Page: 1

Trustee: Stacia L. Yoon, Chapter 7 Trustee (340450)

Case: 07-22242 - HYMES, JOSEPH

| Account No. | Check No. | Issued / Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 9200024077066 | 106 | 07/26/10 | | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $6.21 |
| | | 1 | 09/06/07 | 610 | Sallie Mae, Inc. on behalf of USA Funds<br>Attn: Bankruptcy Litigation Unit E3149<br>P.O. Box 6180<br>Indianapolis, IN 46206-6180 | 3,834.86 | 3,834.86 | 2.49 | 2.49 |
| | | 2 | 05/19/09 | 610 | Gary Sanitary District<br>PO Box 388<br>Gary, IN 46402 | 555.42 | 555.42 | 0.36 | 0.36 |
| | | 3 | 05/19/09 | 610 | Merrillville Ultra #8781<br>c/o Jonathan R. O'Hara Attorney At Law<br>1304 Vale Park Road<br>Valparaiso, IN 46383 | 106.58 | 106.58 | 0.07 | 0.07 |
| | | 4 | 05/19/09 | 610 | Walmart Stores, Inc. #1618<br>c/o Jonathan R. O'Hara Attorney At Law<br>1304 Vale Park Road<br>Valparaiso, IN 46383 | 170.00 | 170.00 | 0.11 | 0.11 |
| | | 5 | 05/21/09 | 610 | Merrillville Ultra #8781<br>c/o Jonathan R. O'Hara Attorney At Law<br>1304 Vale Park Road<br>Valparaiso, IN 46383 | 189.50 | 189.50 | 0.12 | 0.12 |
| | | 6 | 05/21/09 | 610 | Applied Bank<br>P.O. Box 17125<br>Wilmington, DE 19850-7125 | 852.73 | 852.73 | 0.55 | 0.55 |
| | | 7 | 05/19/09 | 610 | Orthapedics of Indiana<br>5587 Broadway<br>Merrillville, IN 46410 | 15.00 | 15.00 | 0.01 | 0.01 |
| | | 8 | 05/22/09 | 610 | Credit Acceptance<br>25505 W. 12 Mile Road<br>Suite 3000<br>Southfield, MI 48034 | 270.58 | 270.58 | 0.17 | 0.17 |

(*) Denotes objection to Amount Filed

Printed: 07/26/10 10:20 AM

# Claims Distribution Small Checks

Page: 2

Trustee: Stacia L. Yoon, Chapter 7 Trustee  (340450)

Case:  07-22242  -  HYMES, JOSEPH

| Account No. | Check No. Claim No. | Issued Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| | 9 | 05/21/09 | 610 | American Revenue<br>101 W. 84th Dr Ste D<br>Merrillville, IN 46410 | 806.05 | 806.05 | 0.52 | 0.52 |
| | 10 | 06/02/09 | 610 | CCSI<br>P.O. Box 10428<br>Merrillville, IN 46411 | 323.86 | 323.86 | 0.21 | 0.21 |
| | 11 | 06/08/09 | 610 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | 115.69 | 115.69 | 0.07 | 0.07 |
| | 12 | 06/04/09 | 610 | America's Financial Choice<br>2 W. Madison St. 2nd Floor<br>Oak Park, IL 60302 | 1,081.92 | 1,081.92 | 0.70 | 0.70 |
| | 13 | 06/03/09 | 610 | FPN<br>1201 S Main<br>Crown Point, IN 46307 | 50.02 | 50.02 * | 0.03 | 0.03 |
| | 14 | 07/17/09 | 610 | Calvary Portfolio/collection<br>7 Skyline Drive 3rd Floor<br>Hawthorne, NY 10532 | 351.15 | 351.15 | 0.23 | 0.23 |
| | 15 | 07/27/09 | 610 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 812.20 | 812.20 | 0.52 | 0.52 |
| | 16 | 07/30/09 | 610 | Indiana American Water<br>PO Box 578<br>Alton, IL 62002 | 73.67 | 73.67 | 0.05 | 0.05 |

(*) Denotes objection to Amount Filed